IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL LINDSAY,
    Petitioner,

vs.                                    Case No. 3:08cv84/RV/EMT

ATTORNEY GENERAL STATE OF FLORIDA,
    Respondent.
_____/

**O R D E R**

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as a motion to proceed in forma pauperis ("IFP"), with supporting documentation.  (Docs. 1, 5).

    From a review of the inmate bank account records attached to Petitioner's IFP application, Petitioner had an account balance of $81.05 at the time he filed his IFP application.  Therefore, Petitioner shall be required to pay the $5.00 fee for filing the instant petition.

    Accordingly, it is **ORDERED**:

    Petitioner's application to proceed in forma pauperis (Doc. 5) is **DENIED**.  Petitioner shall submit a payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** from the date of docketing of this order.  The check should be made payable to "Clerk, U. S. District Court."  Failure of Petitioner to either submit this amount or explain his inability to do so may result in a recommendation to the District Court that this case be dismissed.

    **DONE AND ORDERED** this 3rd day of April, 2008.

                                          */s/ Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**