FLN (Rev. 4/2004) Deficiency Order                                                                                                  Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MICHAEL LINDSAY

    vs                                                                      Case No. 3:08cv84/RV/EMT

ATTORNEY GENERAL STATE OF
FLORIDA

---

### ORDER

Plaintiff's **NOTICE OF CHANGE OF ADDRESS (received by the clerk of the court on April 7, 2008)**, was referred to the undersigned with the following deficiencies:

> The document does not contain Petitioner's original signature. An original signature must be affixed to any document filed in paper form. *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

> It does not appear that the document is properly captioned. Although it appears that he seeks relief from the United States District Court for The Northern District of Florida, his document is captioned for the Circuit Court of Escambia County. If Petitioner wishes to obtain relief from the Circuit Court, he must caption his document for that court and file it there.

For these reasons, it is **ORDERED** that:

> The clerk shall file the document, but no further pleadings will be accepted unless they comply with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Florida.

**DONE AND ORDERED** this 10th day of April 2008.

                                             /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**