# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MICHAEL W. LINDSEY,**

    **Petitioner,**

**vs.**
                                          **CASE NO. 3:08cv84-RV/WCS**

**WALTER McNEIL,**

    **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 16, 2009 (doc. 27). The parties have has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The 28 U.S.C. § 2254 petition for writ of habeas corpus filed by Michael W. Lindsey challenging his conviction for aggravated battery with great bodily harm or with a deadly weapon in the Circuit Court of the First Judicial Circuit, in and for Escambia County, Florida, case number 02-5354-CF, is hereby **DENIED WITH PREJUDICE**.

**DONE AND ORDERED** this 27th day of January, 2010.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE